Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY BLAKE,<br><br>  Plaintiff,<br><br>  v.<br><br>CIRCUS CIRCUS CASINOS INC., a Domestic Corporation; DOES and ROES 1-100; inclusive,<br><br>  Defendants. | Case No. 10-cv-01529-RLH-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Stanley Blake and Defendant Circus Circus Casinos, Inc., through their undersigned counsel of record, that the above-entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

   Dated this 30th day of December, 2010.

| NELSON LAW | JACKSON LEWIS LLP |
|---|---|
| /s/ Nicholas Hamilton | /s/ Elayna J. Youchah |
| Sharon L. Nelson, Bar No. 6433<br>Nicholas Hamilton, Bar No. 10893<br>401 N. Buffalo, Suite 100<br>Las Vegas, Nevada 89145 | Elayna J. Youchah, Bar No. 5837<br>3960 Howard Hughes Parkway, Suite 450<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

JACKSON LEWIS LLP
LAS VEGAS

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

DATED this 3rd day of January, 2011

_____
U.S. District Judge